UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES A MOSELEY; THE JAMES A. MOSELEY TRUST UNDER AGREEMENT DATED DECEMBER 16, 1999; BARBARA J. MOSELEY; and, THE BARBARA J. MOSELEY TRUST UNDER AGREEMENT DATED DECEMBER 16, 1999, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE HOMES LOANS, INC.; BANK OF AMERICA CORPORATION; and, UNKNOWN INVESTORS/PURCHASERS OF PLAINTIFFS' MORTGAGE ("John Does"), <br><br> Defendants. | **JUDGMENT** <br><br> No. 7:09-CV-210-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motion to dismiss, plaintiffs' motions for default judgment and to strike, plaintiffs' motion for leave to amend complaint and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 26, 2010, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted and plaintiffs' motions for default judgment, motions to strike and motion for leave to amend the complaint are denied. Plaintiffs shall have and recover nothing of defendants.

**This Judgment Filed and Entered on October 28, 2010, and Copies To:**

All Plaintiffs (via U.S. Mail) - 4956-14 Long Beach Road SE, PMH # 311, Southport, NC 28461
Megan E. Miller (via CM/ECF Notice of Electronic Filing)
Melissa A. Patterson (via CM/ECF Notice of Electronic Filing)


October 28, 2010            DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk